# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **MERALOC, LLC** | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:16-cv-00091 |
| v. | § § | |
| **OSRAM SYLVANIA, INC.** | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Notice of Dismissal without Prejudice of all claims asserted between Plaintiff Meraloc, LLC ("Plaintiff" or "Meraloc") and Defendant Osram Sylvania, Inc. ("Defendant" or "Osram"), the *Notice of Dismissal without Prejudice* is GRANTED, and it is ORDERED, ADJUDGED and DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 26th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE